MCCJC

_Klee lee Morrison_
(full name/prisoner number)
_1415 Albion Ave._
_Burley Idaho 83318_

(complete mailing address)

**U.S. COURTS**

SEP 2 5 2024

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

_Klee lee Morrison_ ,
(full name)

Plaintiff,

v.

_Minidoka county sheriff dept, Cassia county
SHeriff dept. Lance Stevenson, SHannon
Taylor, Jordan williams, Jennifer lee, Dustin
Bourn, Kim Bourn, Dakota Jennings, Summit
Foods, deputy Eales, Wayne wright, debbre
Bell,* P.A. Eric, deputy Lindsey, Lendon Moss
Edward gamm, Shen ~~Defendant(s)~~ 3 Jane Doe.
Deputy Ruby, Deputy Martinez_

(if you need additional space, use a blank page
for a continuation page) (Defendants)

(* P.A. Eric - is Eric wells *)

Case No.
(to be assigned by Court)

**PRISONER COMPLAINT**

Jury Trial Requested: ☒ Yes   ○ No

**A. JURISDICTION**

The United States District Court for the District of Idaho has jurisdiction over my claims under:
(check all that apply):

☒ 42 U.S.C. § 1983 (applies to state, county, or city defendants)
☐ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388
(1971) and 28 U.S.C. § 1331 (applies to federal government defendants only)
☒ Other federal statute (specify) _FDA/ Nutrition Facts_ ; or diversity of citizenship.
☒ I also ask the federal court to exercise supplemental jurisdiction over state
law claims.

**B. PLAINTIFF**

My name is _Klee lee Morrison_ . I am a citizen of the State of _Idaho_ ,

presently residing at _1415 Albion , Burley Idaho 83318_ .

**PRISONER COMPLAINT - p. 1_**                           (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*Also Prosecuter But was not doing a Judicial Function*

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Lance Stevenson_ , who was acting as _Investigator - Ultimate Policy Maker_
   *(defendant)*                                                        *(job title, if a person; function, if an entity)*

   *Jail Chairman of Board of Directors Legal Comsel For Both Sheriff dept*

for the _Minidoka & Cassia Countys, Rupert & Burly ID_ .
*(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on _Oct / Nov 2022_ , Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
_Investigated, Found new evidence, (Sent) Planned & Assisted det. Moss and Bown in taking my legal work From Jail Cell, Judge Shopping, draft Search warrents and Affidavits Seeked ways to circumvent laws, Then on phone with det Bown 3 times during execution of Search warrent While Bown Read legal work on camera, All after Judge Pithard Put them on notice By refusal to Sign warrent on Lances Pleading paper. Then still attempted By Judge Shopping and pretending Seeking Journaling Matirial, clearly disicion Maker who Bown called for Assistance, legal advice, Jail Board of disedor, or as Fellow Investigator, Never would of Happend if He was not driving Force and Investigator who organized Both Seizures with Minidoka and Cassia Sheriff dept. I Belive He Read and either ripped out pages or disected officers to do so! He was Never Proforming Judical Function._

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
_6th Amendnt, 18-242/241 Conspire to deprive Rights Under Color of law Since on notice Several Times, 14th Amendnt_

4. I allege that I suffered the following injury or damages as a result:
_My criminal case will Never Be able to g have fair trial, I will always carry Burden of question of gault or Innocnt's, over 2yrs delays and Incarceration, and Incarceration caused mental and physical damages, loss of Information to defend myself Missing pages to desend myself in criminal case._

5. I seek the following relief: _Professional damage Assostmnt For Monitary Value Removed from position, criminally charged - Stop lawbssness & deciet & Manipulation_

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ◯ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
_Happend outside of Jail Mostly - Jail Has No say in His actions_

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Kim Bown_, who was acting as _Prosecutors Secretary_
   (defendant)                          (job title, if a person; function, if an entity)

for the _Minidoka County_
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on _Oct – Nov 17th 2022_, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
_Investegated Criminal Case, Planned and assisted with drafting of paper work to Circumvent legalitys. Talked to detective Bown during Seizure of legal work on phone, Played critical Role in listening to phone Calls at Jail (Investigating) Then Sent detectives to Seize legal Work Based on call that Said "I Need a lawyer" 11 Times 92. Have pages front and Back to de Bunk a 'everything" -She is actual person who Initiated process – Prosecutor claims at Hearing – Any work product From Kim Bown is His work product So she was acting as Decision Maker For Minidoka county. and was On Notice By Judge Refusal Decision to Sign Search 1st time, Because privilaged Info._

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
_6th & 14th Amendmet violation, 18-241-242 (Fed Statue)_

4. I allege that I suffered the following injury or damages as a result:
_Unable to Have Fair Trial To Clear Name, Have Ruined Name Reputation, Relationships For Life Because always Be question of guilt of Innocents, Prolonged Incarceration, Mental and Physical damages due to Incarceration and accuations – Missing pages to defend myself_

5. I seek the following relief: _Professional damage Assesment at later date Removed From office – Stop lawlessness, deceite & Manipultion_

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ◯ Yes  ⊗ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
_Not applicable Since outside of Jail_

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Dustin Bourn_, who was acting as _Midaka co Detective_
   (defendant)                          (job title, if a person; function, if an entity)

for the _Minidoka County, Sheriff dept_
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on _Oct thru Nov 10 2022_, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
_Planned, Assisted in Taking of My Attorney client Privilaged Information_
_actually admitted to Planning, Taking readily and Reading Clearly_
_Marked Confidental Information in My criminal case after Being_
_Put on Notice no less then 4 times once By Phone call I_
_Said 11 times "I need a lawyer" (They used as probable cause), Then Judge_
_pittard Refused to sign warrant Because Privilaged_
_Information Seeking - Jordan Moss told him about Refusal By Judge,_
_Dakota Jennings told him in Cell - Then still took legal work and_
_Read it Several days later By own Admission !! Caused Prolonged_
_Incarceration, Possible cause of missing Pages Since Possessed_

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
_6th Amendment and 14th Amendment - 18-241 conspired_

4. I allege that I suffered the following injury or damages as a result:
_Unable to Have a fair trial So no trial, Ruined Name_
_Reputation, Relationships For life Because will always Be_
_question of guilt or Innocence that the took protected Rights_
_away So I could prove, loss of Information in missing Pages to defend myself_

5. I seek the following relief: _Professional damage Assesment at later time_
_to determine Monitary value & Removed from position, never work_
_In law enforcement_

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
   ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes  ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
_Jail Administration Said was legal Issue Contact Counsel-_

PRISONER COMPLAINT - p. 2_                          *(Rev. 10/24/2011)*

_Seizure c/a ③_

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing  *Jendon Moss* , who was acting as  *Detective*
   (defendant)                                      (job title, if a person; function, if an entity)

for the  *Minidoka County Sheriff department*
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on  *Oct thru Nov 17 2022* Defendant did
   (dates)

the following (state how Defendant participated in the violation and include the reason Defendant so acted if known): Planned, Assisted, Personally took Attorney client Privileged Information Then Read Matirial few days later all after Being put on Notice 3 different times once By phone call about Attorney client info then Judge Pittard Refused to sign His search warrent Because Attorney client Info, Then dakota Jennings Jail staff "to Not take privileged Info" then with total disregaurd took and read Information By this own admission 6 Hearings in criminal case Confirm, Possiable cause of missing pages since possesed

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: 6th Amendment and 14th Amendment - 18-241 Conspired

4. I allege that I suffered the following injury or damages as a result: Unable to Have Fair Trial to clear name, So no trial, Have Ruined Name Reputation, Relationship, For life Because will always Be question of guilt of Innocents, Caused Prolonged Incarceration, Mental & physical damage Missing pages to defend myself in criminal case

5. I seek the following relief: Professional damage Assesment at later time for to determine Monitary Value and Removed from position, Never work in law enforcment.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Jail Administration said legal Issue contact legal counsel

**PRISONER COMPLAINT - p. 2**                               *(Rev. 10/24/2011)*

Seizure C/A ④

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Dakota Jennings___, who was acting as ___Corporal Cassia County sheriff___
   *(defendant)*                                          *(job title, if a person; function, if an entity)*

for the ___Cassia County Sheriff dept___
*(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on ___Nov 10th 2022___, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
escorted and Assisted officers Brown and moss while they took My Attorney client privileged Information - even after He told detectives they could not take legal work He Held the Bag while they placed clearly marked legal work in it, It was His lack of training By Cassia County or lack of Supervision that lead to this - But will not rule out other possibilitys - So was Physical participant in Seizure, Causing violation, possible cause of missing pages, destroyed Kosher Meals By telling officer Lindsey to throw away, Knowing I can only one who eats kosher-They were Frozen Kosher certified Meals they do not go Bad in Freezer - it was Retaliation for Subpoena on above Issue

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
1st 6th, 14th Amendment Violation, Failed to protect My Rights 18-241 Conspired, Retaliation,

4. I allege that I suffered the following injury or damages as a result:
Unable to Have Fair trial to clear Name, So No trial, Have Ruined Name, Reputation, Relationships for life Because will always Be question of guilt or Innocents, Also Caused prolonged Incarceration Mental, Physical damage, Spiritual damage - Missing pages for criminal case.

5. I seek the following relief: Professial damage Assesment out later time to determine Monetiary value, More Training For all Staff

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [X] Yes. [X] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
It was discovered during Hearings already at Court level so grevences were useless act already Committed

PRISONER COMPLAINT - p. 2   *(Rev. 10/24/2011)*
Also Multipal For Kosher Issues
Seizure C/A (5)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Jordan Williams_____, who was acting as ___Staff Sgt, Administration___
       (defendant)                                        (job title, if a person; function, if an entity)

for the ___Cassia County Sheriff dept   Burly ID___.
       (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on ___11-2-22 /11-10-22_____, Defendant did
                                                        (dates)
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Recieved email and was on notice seizure was taking place the 1st and Second Time, He is Second in Command structure at jail, He is also Arresting officer in Criminal Case along with lead detective of Criminal, That they were Seizing legal work for - clearly a Key role in violation since only started as Staff Sgt one day Befor 1st Seizure and No Justification For Advancement From Corporal to Staff Sgt with out experince or training, Was aware of Both Seizures and in Briefing For Seizures, Possable Ripped out Pages, Had unvetted access to legal work, got oł ever sent email Possable organizer of 1st Seizure - A Key dissission Maker at jail over Staff who Actually seized work. Auwsers all grevances Allowed retaliation, auwsered all grevances, was well aware of All actions By staff ¢ still allowed, was on witness List as Investigator.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
6th Amendmt,  18-241 Conspired to deprive Rights under Color of law, 14th Amendmt

4. I allege that I suffered the following injury or damages as a result:
Unable to Have Fair trial to clear Reputation, Ruined Marriage, relationships For Life Because question of guilt or Innocents will never Be Answered, physical and mental damages due to Prolonged Incarcerations due to delays caused By violation. Missing pages to defend myself in criminal case.

5. I seek the following relief: Proffesional damage Assessmt at later dates to determine Monetary Value, never work law enforcemt again,

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
[X] Yes  ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Told to Contact legal Counsel

PRISONER COMPLAINT - p. 2_                           *(Rev. 10/24/2011)*

Seizure C/A ⑥

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **deputy Bales**, who was acting as **Jail Staff**
   *(defendant)*                          *(job title, if a person; function, if an entity)*

for the **Cassia County Sheriff dept, Burley ID**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **11-2-22**, Defendant did
   *(dates)*

the following (state how Defendant participated in the violation and include the reason Defendant so acted if known):
Seized My legal work for Prosecutor lance Stevenson and With Held My legal books That Had pages Ripped out, ~~Deo~~ ~~explode~~ At the Booking process. He Had no legal right to do so and Read and went through all legal work Making copys of part in Front of me. This was 1st seizure and was done without warrent and absolutly zero Justification. I Asked per greivance to preserve Video to confirm this and other times officers admit to coppying legal work at Jail — Recived email to Seize so Conspired — talked about at shift change meeting Befor did it.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
6th & 14th Amndmnt, 18-241 Conspired

4. I allege that I suffered the following injury or damages as a result:
My criminal Case will never Be able to go to trial and Be fair I will always carry Burden of guilt or Innecents, over 2 yrs delay in legal process and Incarceration, mental and physical damage due to Incarceration — Missing pages to defend myself in criminal case

5. I seek the following relief: Professional damage Assesmnt For Monetary Value, Never to Be able to work as Law enforcemet

6. I am suing Defendant in his/her ☒personal capacity *(money damages from Defendant personally)*, and/or ☒official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes   ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
   Told to Contact legal Counsel.

**PRISONER COMPLAINT - p. 2**                    *(Rev. 10/24/2011)*

Seizure C/A ②

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Jenifer lee__, who was acting as __Administrative Sgt.__
   (defendant)                                      *(Job title, if a person; function, if an entity)*

for the __Cassia County Sheriff dept   Burley ID__
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __11-2-22 / 11-6-22__, Defendant did
                                                                    *(dates)*
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
Planned and knew about seizure of legal work and Admitted To offering
it to Prosecutor - Possesed it For Minimum of 4 days - Since
Pages are Missing Absoulutly Could of Been Her. Also Brought Rest to me 4
day later with a Missing Manilla envolope. this is extreamely Important Because
she was on witness List Befor seizure and is very High Ranking
officer at the Jail who Refuses to Fix Listening and recording Capability
of Attorney client privilage - spent 30 min at Hearing trying to Justify
diff between Listening and Monitoring Attorney calls - Both are illegal
I Belive she Read and possable Ripped out legal notes, emails 3 Coresponds
with Prosecutor - sHows Conspiracy

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
6th 14th Amendment, 18-241 Conspiracy

4. I allege that I suffered the following injury or damages as a result:
My criminal Case will never Be able to go to trial and Be fair, I
will always Carry Burden of question of guilt or Innocents, over
2 yrs Incarceration and delays, Mental and physical damages due to delays
Incarceration - Missing pages to defend myself in criminal Case

5. I seek the following relief: Professional damage Assessment For Monetary
Value, Never to Be able to work in law enforcements

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
☒ Yes   ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
told to contact legal Counsel

PRISONER COMPLAINT - p. 2_                                   *(Rev. 10/24/2011)*

                    Seizure C/A ⑥

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Shannon Taylor_, who was acting as _Lt. / director at Jail_
   (defendant)                                                    (job title, if a person; function, if an entity)

for the _Cassia County Sheriff dept    Burley ID_
(state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on _Nov-2-22 to Present_, Defendant did
                                                        (dates)
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
_Knew about plan to seize legal work and still allowed to take place, He
is the Highest Rank at the Jail, Notified Via email. Then allowed officers
to retaliate after I filed to subpeona officers. Answers appeals to greivances -
Short Food, deny menu & nutrition facts, Medical Care, All Constitutional of Fed Statue
Deny Kosher Food when available, well aware of Retalation and Per greivance - Appeal
and refuses to correct, Failed to preserve evidence of crimes, Video!
Also knows about Listening devices bac/Recording - Refuses to Fix - He is
director of Jail - Refuse doctor perscription for pain, of OTC Meds.
Admits to not Being properly trained or qualified for position at Hearing &
email show part of conspiring to take legal work & Deny Rights_

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
_1st 6th 14th Amendments, (Retalation & Medical not sure?) FdA & Federal Statue
Requiring posting of Food Facts, 18-241 Conspired_

4. I allege that I suffered the following injury or damages as a result:
_Yrs of Harrasment and spiritual suffering, extreme pain from Medical procedure
and Deny me doc perscription for pain. Will allways carry Burden of guilt of
Innocents Because legal work sizure & not Having Trial, Mental & Physical, Social
damages - Missing pages for criminal case to defend Myself_

5. I seek the following relief: _Ask for proffesional damage Assestmet, Removed
From law eaforcemt persmently -_

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
[X] Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
_Told to contact legal Counsel_

PRISONER COMPLAINT - p. 2_                                    *(Rev. 10/24/2011)*

_Seizure c/A ⑨_

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Edward gomm, who was acting as Sgt at jail
   (defendant)                                    (job title, if a person; function, if an entity)

for the Cassia County Sheriff dept, Burley ID
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on 11-2-22, Defendant did
                                                              (dates)
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Gomm testified to knowing about email and meetings about taking
legal work - was staff member who transport officer Handed legal work
to - at 1st seizure - He May Be Responsable for Missing Book at Booking
Since He possesed 1st, could of Ripped out Missing pages or took Missing
envelope, Highest Rank of Floor staff that seized legal work - Admits to organizing
and discussing with other deputys the seizing of legal work, and
was 1st to Posses at jail. Was actuall Whistel Blower about emails
and meetings that Admin Refuse to produce - even after
Subpeana -

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
6th 14th Amendmet, 18-241 Conspiricy

4. I allege that I suffered the following injury or damages as a result:
My criminal case will never Be able to have Fair trial - will always
carry Burden of question of guilt of Innocents, over 2yrs delay in legal
process and Incarceration, physical & mental damages - Missing pages
in legal notes to defend myself in criminal case

5. I seek the following relief: Professional damage Assestment for Monitary
Value, Not Be able to work in law enforcment

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
[O] Yes  [O] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
Said Contact legal Counsel

PRISONER COMPLAINT - p. 2                                    *(Rev. 10/24/2011)*

Seizure C/A (10)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Jhon/Jane Doe _____, who was acting as Deputys _____
   (defendant)                                                (job title, if a person; function, if an entity)

for the Cassia County Sheriff dept , Burley Idaho _____
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on 11-2-22 _____, Defendant did
                                                    (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

A Email Was Sent and discussed at Morning meeting and shift change
discussing the 1st Seizure and possible 2nd Seizure of my legal
Work + Staff at Hearing talk about this Email and Meeting but will not
Produce it or the person(s) Responsable. any person who opened it or
Discussed this Could of stopped the illigal seizure, all staff on duty
during the 1st Siezure or second SHould of Known its illigal and in
No Way should I Have my cell seaсhed because I only Had legal Work
There, and there Was No Warrent during the 1st seizure. This SHows
all Invalved planned and Conspired to Commit this violation. Also who Sent Email.
Possible Ripped out Pages.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

6th Amendment      18-241 Under Color of law Conspire to
take Rights , 14th Amendment

4. I allege that I suffered the following injury or damages as a result:

My criminal case Will Never Be able to have a fair trial, I Will always
Carry question of guilt or Innocent, over 2 yrs Incarceration due
To delays for Hearings, Mental and physical damages for Life and due
To Incarceration - Missing Pages to defend myself in criminal case

5. I seek the following relief: Profesinal damage Assestment for Monetary Value
of damages, Never to Be employed in law enforcement or Retrained

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
☒ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

Said Contact legal Counsel.

**PRISONER COMPLAINT - p. 2**                              *(Rev. 10/24/2011)*

Seizure C/A ⑪

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Shannon Taylor, who was acting as Lt/ director
   (defendant)                                    (job title, if a person; function, if an entity)

for the Cassia County shrieff dept Burley Idaho
       (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on Feb 15/16 2023, Defendant did
                                                      (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
at hearing it was discovered all Violations at jail taylor was put
on notice about Listening 3 Recording devices at jail and
he Refuses to Fix, SHows they Have capability and Possiably
Listened but Refuse to fix so puts me at disavantage and
loss of trust To communicate with counsel at jail
he personally seen in control Listening Recording capabilitys - drafted
or presented waiver of Recording phone to Lance Stevenson
Said Has never trained any officer personally - Listen to Meryln
Paul talk to Jim Murphy personally - So knew Listen capabilitys Personally

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
6th Amndmt  14th Amndmt

4. I allege that I suffered the following injury or damages as a result:
Forced to rely on memory - Have to meet lawyer at court House
- it Limits access to counsel - total loss of faith in officers
and stress and loss of Information through Not Being able to
take notes, call or meet Regularly w/ counsel

5. I seek the following relief: Professional damage, assesmet, Removed from
lawenforcmnt, Monetary Relief, problems fixed

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally),* and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law);* or [ ] Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
[Ø] Yes [X] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
It was addressed in court - Judge Ruled I go to Court House

6th C/A ①    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Jordan Willans</u>, who was acting as <u>Staff Sgt.</u>
   (*Defendant*)                                    (*job title, if a person; function, if an entity*)

for the <u>Cassia County Sherriff dept, Burley Id.</u>
(*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on <u>Feb 15/16  2023</u>, Defendant did
                                                          (*dates*)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
<u>at hearing it was discovered he knew about listening and</u>
<u>Recording devices at the jail and refuses to correct this</u>
<u>problem - even after almost 18 mo - failure to correct</u>
<u>these has caused me to have to go to court house to meet</u>
<u>lawyer to assure its privilaged - was In control when</u>
<u>listened to Merklyn Paul talk to client Jim Murphy in Att Clint</u>
<u>Room - Personal Knowlege of capability</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
<u>6th Amendment  14th Amendment</u>

4. I allege that I suffered the following injury or damages as a result:
<u>Have to meet lawyer at court house - this limits access to counsel -</u>
<u>No trust law enforcement not listening or recording so cant take notes</u>
<u>or call on phone - causes loss of Info and damages ability to</u>
<u>defend myself in criminal case.</u>

5. I seek the following relief: <u>Proffessional damage assesment for Monetary</u>
<u>Value, Removed from position & law enforcement, Problem Fixed</u>

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ◯ Yes  ⊗ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
<u>addressed in court</u>

6th C/A ②

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Jennifer Lee _____, who was acting as Administrative Sgt.
   *(Defendant)*                                                    *(job title, if a person; function, if an entity)*

for the Cassia County Sheryf dept. Burley Idaho
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **feb 15/16 . 2023**_____, Defendant did
   *(dates)*
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
at hearing it was discovered she was well aware of Listening
and recording devices at the jail and tried to Justify Monitoring
the calls to attorneys - She is in a position to fix these
problems But refuses to address - So causes me to Have
to Rely on memory for facts - Have limited contact with lawyer
at court House, Loose faith in law enforcemen trust, and puts
me at major disavantage in criminal Case due to Housing me
without access to legal Counsel

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws:
6th Violation   14th Amndmt

4. I allege that I suffered the following injury or damages as a result:
Cause loss of Information, Limit attorney access, not Being able to
trust in taking notes, talking on phone or meeting lawyer at Jail
Limits ability to defend Myself

5. I seek the following relief: Proffesional damage assesment for Monitary
Value, Removed from law enforcement, problems Fixed

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
[ ] Yes  [X] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
jail or prison grievance remedies were not exhausted.
It was addressed in Court and Found prob Cause to Let me meet
Lawyer at court House Be cause Violations - No greivnce needed -

6th c/A ③

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Lance Steverson_, who was acting as _Chairman of Board OF directors @ MCCJC_
   (defendant)                                                    (job title, if a person; function, if an entity)

for the _Minicassia Criminal Justic Center, Burley, Id._
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on _Feb 15/16 2023_, Defendant did
   (dates)
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
_Was made aware all issue at Jail with recording and listen_
_devices - Was In control when evesdropped on Att. Meryla paul and_
_Jim Murphy - shows personal knowlage & did in fact listen - also_
_listen to all testimony to Prove other abilitys with phone_
_and ability with security camera - and How easy to search call_
_records then go Straight to time on security camera to Hear Most_
_Inport part (Inmates) of Attorny Client Calls - As ultimate Policy and_
_decision Maker Lance Could of Stopped or fixed at his word But refuses_
_to shows they use This system to violate Rights_

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
_6th Amendmt  14th Amendmt_

4. I allege that I suffered the following injury or damages as a result:
_Have to Meet lawyer at Court House - this limits access to Counsel -_
_destroys trust in law enforcemt not to listen or record - So Cant talk on_
_Phone, or Inperson at Jail - Cant take notes - causes loss of Info and_
_Hinders ability to defend Myself In criminal case_

5. I seek the following relief: _Proffesional damage assestmnt for Monetary_
_Value - Fix Imediatly - Removed from position -_

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
   ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ◯ Yes ☒ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
_He is not part of Jail that Can greive or kite and Issue_
_Heard in Court_

PRISONER COMPLAINT - p. 2_                    _6th c/A ④_          *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **SHannon Taylor**, who was acting as **Lt. / director**
   *(defendant)*                                              *(job title, if a person; function, if an entity)*

for the **Cassia County Sheriff dept, Burley Id.**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **2-24-23**, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: I Filed Appeal to my denial on greivence to use Certified mail to Confirm and Have Proof of delivery to Court and 3rd Party in Court action - Appeal # 49796 clearly States He is Responsable iF dont Fix for all damages due to Non Service of legal documents - He still denied as Policy maker at Jail So Lost Firearms - property in devorce, Custody of kids - monetary Value of 20 days Incarcerated in ut.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: 14 Amendment due process, access to Court, tampering with mail.

4. I allege that I suffered the following injury or damages as a result: Loss of 26 firearms, custody of Probress of loosing kids and personal Property in devorce, Loss of Compensation For 20 days Incarceration in 1983 Suit

5. I seek the following relief: Professional damage assestment, monetary Value Lost of Position, Removed from law enforcemt.

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
   greivence, appeal

PRISONER COMPLAINT - p. 2   Cort. M. C/A ① of 2   *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Jordan Williams</u>, who was acting as <u>Staff Sgt.</u>
   (*defendant*)                                    (*job title, if a person; function, if an entity*)

for the <u>Cassia County Sheriff dept    Burley Idaho</u>
   (*state, county, city, federal government, or private entity performing a public function*)

2. *(Factual Basis of Claim)* I am complaining that on <u>2-21-23</u>, Defendant did
   (*dates*)

the following (state how Defendant participated in the violation and include the reason Defendant so acted if known):
<u>I put in a greivence Because there is no Certified Mail and
I had to use it to show proof of poor service for Court
Action - also to File For Seized property and File For damages
in 1983 Suit - He denied The use of Certified Mail and
I lost 26 firearms in CV-23-08012 pet Dwl and I Filed
for 20 days of Incarceration past Release date and court shows
no record of it in ut. Certified Mail would Fix the Mail
tampering problem at MCCJC - Williams Refuses to Fix Because
then Cant tamper with Mail -</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
<u>14 amendment    due process, access to Court, tampering with
Mail</u>

4. I allege that I suffered the following injury or damages as a result:
<u>Loss 26 Firearms, Process of loosing Kids, personal property in devorce
- Compensation for 20 days Incarceration,</u>

5. I seek the following relief: <u>Professional damage assessment for Monetary Value
- Fix problem - Loss of position - Never work in law enforcemt</u>

6. I am suing Defendant in his/her ☒ personal capacity (*money damages from Defendant personally*), and/or ☒ official capacity (*seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law*); or ☐ Defendant is an entity (*government or private business*).

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
<u>greivance & appeal</u>

PRISONER COMPLAINT - p. 2        Cert. M. C/A ②        (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Wayne Wright___ , who was acting as ___dentist___
   (defendant)                                    (job title, if a person; function, if an entity)

for the ___Cassia County    Mini-cassia County Justic center Burley Id.___
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on ___9-16-24___ , Defendant did
                                                      (dates)
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*

At the follow up vist The exposed Bone in My gum should of Been extracted — No dentest would leave this exposed When paitint Came Back and complained about it — He could of pulled it out, File it down, Sewed Skin over it or anything to Fix the problem — He should of addressed at 1st vist But that is a triable Issue — But without doubt 2nd vist — I Should not Had to deal with almost 3weeks and pull it out Myself —

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   8th Amndmt

4. I allege that I suffered the following injury or damages as a result:
   18 days of extreme Pain that was not Neccisary

5. I seek the following relief: Professional damage assesment for Mondary Value — Some Continue education —

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or [X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. [X] Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
   greivence & appeal

PRISONER COMPLAINT - p. 2     C/A Med care ① of 5 (Rev. 10/24/2011)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing P.A. Eric _____, who was acting as Medical P.A.
   (defendant)                                   (job title, if a person; function, if an entity)

for the Mini Cassia Criminal Justice Center Burley Id.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on 8-9-24 _____, Defendant did
                                                        (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
denied me a doctors perscription - Pain Medication every 4-6 hrs
- This was told to me by debbie Bell the Nurse and by greivance
Refused to look at problem could of used forcepts to pull out
Bone -

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
8th Amendment

4. I allege that I suffered the following injury or damages as a result:
18 days of extreme Pain after Medication wore off - at Med
Call -

5. I seek the following relief: Monetary Value after proffesinal Assesmnt,
Fix the problem - Pain treatment training

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
☒ Yes  ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
greivance & Appeal

PRISONER COMPLAINT - p. 2        C/A Med Care ②    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Debbie Bell</u>, who was acting as <u>Nurse</u>
   *(defendant)*                                              *(job title, if a person; function, if an entity)*

for the <u>Mini Cassia Justic Center  Burley Idaho</u>.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on <u>8-9-24</u>, Defendant did
   *(dates)*
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
<u>denied me docters perscription of of IB every 4-6 hours</u>
<u>made to go 15 hrs 3 9 hrs between dosage causing extreme</u>
<u>pain. she refused to try to pull out peice of bone or even</u>
<u>take a look or closer -</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
<u>8th Amendment</u>

4. I allege that I suffered the following injury or damages as a result:
<u>Prolonged periods of pain that could of easyly been solved by</u>
<u>following docters orders.</u>

5. I seek the following relief: <u>Monetary Value after proffesianal assesment.</u>
<u>Re trained - problem fixed</u>

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes  ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
   <u>grievnce / appeal</u>

C/A Med Care③ *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Shanon Taylor___, who was acting as ___Lt / director___
   *(defendant)*                                    *(job title, if a person; function, if an entity)*

for the ___Mini Cassier Criminal Justice Center Burley Idaho___
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on ___Between 8-9-24 - 8-28-24___, Defendant did
   *(dates)*

the following (state how Defendant participated in the violation and include the reason Defendant so acted if known):
___Debbie and Staff members at Pill call told me it was policy to___
___Not give out pain Medication except at med call and that___
___Shanon taylor was aware of situation and He is policy___
___Maker___

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
___8th Amendment___

4. I allege that I suffered the following injury or damages as a result:
___Pain extreme and prolonged pain From 8-9-24 To 8-28-24___

5. I seek the following relief: ___Proffessional assesment For Monetary value___
___Removed from position___

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
___grievace___

PRISONER COMPLAINT - p. 2        C/A Med Care ④        *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Jordan Willhaus, who was acting as Staff Sgt.
   *(Defendant)* *(job title, if a person; function, if an entity)*

   for the Minicassia Criminal Justice center Burley Id.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on 8-9-24 through 8-28-24, Defendant did
   *(dates)*
   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Awnsers all greivances - was well aware of Pain and wouldn't
   allow docters Perscriptions of Pain relefe every 4-6 hrs
   Debbie Bell said He was aware of situation I Filed
   greivances

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   8th Amendmt

4. I allege that I suffered the following injury or damages as a result:
   extremely Prolonged Pain that otc meds could of Fixed

5. I seek the following relief: Monetary Value after proffesional assesmnt
   Retrained or Removed - Problem Fixed

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or
   ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
   greivance and appeal.

PRISONER COMPLAINT - p. 2          C/A Med Care ⑤          *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Lance Steverson</u>, who was acting as <u>Chairman of Board of directors</u>
   (defendant)                                    *(job title, if a person; function, if an entity)*

for the <u>Minicassia Criminal Justice Center   Burley Ida</u>.
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on <u>Befor Hearing in Summer 2023</u> 7-27-23, Defendant did
   *(dates)* (June-27-23)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
<u>While with Cousel Steve McRae in case CR-22-288 - I Asked Prosecutor
Lance steverson - to act as Board of director - to please Fix The
Food problems at Jail - Steve Told Him about my Meals $ desire to eat
Kosher - The SHorting Food problems, No Menu or Nutrition Facts to
Verify what gose in my Body - and Food At the Jail Being served is
Not Kosher - And I Have Recived 4 prepackage Kosher certified Meals But
Staff Refuse to give me anymore - But give me Meals Cooked at Jail
Rendering The Parve Food - Non - Kosher - He Refused to act as Decision
Maker at Jail - Also Knows About Retaliation Refuse to act.</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
<u>1st Amendmet, FDA Requsemets, Fed Statue, Retaliation,
RLuipa</u>

4. I allege that I suffered the following injury or damages as a result:
<u>Not Being able to exercise Religious beliefs -
Cannot eat Healthy w/ out Nutrition Facts - weight gain, Cap, High Colesterol
No quality control w/out Menu - High Blood pressure, Obesity, drastic
weight change</u>

5. I seek the following relief: <u>Professional damage Assestment and Removed
From office/position</u>

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
[X] Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
<u>Asked grevence Be given/emailed to Board of directors - denied</u>

PRISONER COMPLAINT - p. 2_        K. C/A ① of 13      *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>SHomen taylor</u>, who was acting as <u>Jail director</u>
   (defendant)                                                    (job title, if a person; function, if an entity)

for the <u>Idaho Cassia/Minidoka SHeriff dept</u>
       (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on <u>Dec-2023-Present</u>, Defendant did
                                                          (dates)

the following (state how Defendant participated in the violation and include the reason Defendant so acted if known):
<u>I Have wrote Many greivences and appeals Stating How I Have Been
Shorted Food By officers. He awnsers all appeals- and Refuses
to allow this to Continue For over a Yr-
I Was Forced to Sign a Waiver of liabilty to Be Placed on
(there Fake Kosher Diet) But they Have Taken all Capabilty away
From Me to Monitor My Diet - its a -we Put it on your
tray and you guess if its enough- or Healthy But Force
Me to Sign Waiver of liability to excercise My 1SN Amendt
Right to eat Kosher</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
<u>14th Amendment equal Protection, cruel & unusalal, 1St Amendt
Religous Beliffs, Rluipa</u>

4. I allege that I suffered the following injury or damages as a result:
<u>I Have Been shorted proper diet and singled out Constantly
I Have to assume its Because My Religous Belief Since
its only the Kosher Food Being shorted</u>

5. I seek the following relief: <u>$1500ºº Per day of Violation, Removal
From position as director</u>

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [X] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
[X] Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
<u>greivnce & Appeal</u>

PRISONER COMPLAINT - p. 2_                    K. c/A ②          *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>SHannon Taylor</u> , who was acting as <u>Director of MCCJC Jail</u>
   (defendant)                                          (job title, if a person; function, if an entity)

for the <u>Idaho, Cassia, Minidoka SHeriff dept, Jail director</u>
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on <u>Dec 2023 - Present</u> , Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
<u>Federal Statue - Listing Nutrition Facts and Menu For Food Items
He Refuses to give either so I can Verify The Nutrition Facts For
Healthy Diet, Allergens, Religion Belifes, quality control, Staff or
Inmate Worker Retaliation - There is No way to confirm I am getting
a Nutritions Meal that is in Accordance with Religions Belifes and the
Portion Size is correct with out a Menu and Nutrition Facts
Posted Per (FDA) I Have Been Shorted Food, Denyied Kosher verification
Shorted Portions Constantly, He Refuses to Fix the Problem
I AM Served 6 servings of Butter and 10 servings of Jelly to make up my low
calirie diet, He answers all of my greivence Appeals</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
<u>Nutrition Facts</u> <u>Federal Statue (FDA Requirements) 1st Amndmt Notify Contents of Food,
For religious Reasons, Health & Diet, Allergys</u>

4. I allege that I suffered the following injury or damages as a result:
<u>Un Healthy diet, Obeasity, denyied Religious Belifes, High Blood pressure
long Term Health effects From Poor Diet & Nutrition</u>

5. I seek the following relief: <u>Removed From position as director, $1,500 oo
Per day and Compisation to Be determend Later date For long Term Hesth effects</u>

6. I am suing Defendant in his/her ☒personal capacity *(money damages from Defendant personally)*, and/or
☒official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
☒ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT – p. 2     K. C/A ③     *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Shannon Taylor___, who was acting as ___Jail Director MCCJC___
(defendant)                                    (Job title, if a person; function, if an entity)

for the ___Idaho, Cassia/minidoka Sheriff dept___
(state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on ___dec 2022 - present___, Defendant did
(dates)

the following (state how Defendant participated in the violation and include the reason Defendant so acted if known): Retaliation or discrimination For Religious Beliefs - I am Served the Same 3 meals every day all With Same Ingredits - I want a Verirty Same as other Religions - I eat Kosher and at I am served, milk, oatmeal, tortillas, Butter, Jelly, Rice, Carrot or celery - Apple or orange, Boiled eggs For last 4 mo Befor that Peanut Butter and Beans Instead of eggs For last (year) these are only Food Items I Have got and dose not meet Federal reccomadation Reqired For Healthy diet For For Prisoners - They serve All koster Kosher meals (that are now Kosher) With out Verirty and Proper Nutrition - equal protection / He awnsers all grevince Appeals

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: 1st Amendment to Be treated Same as other Religions Be on a Rotating Menu - I think 14th Amndmnt equal protection?

4. I allege that I suffered the following injury or damages as a result: Not getting Mico Nutrients Required For Healthy diet, extreamly High Colesteral, Obeasity, Blood presswre, overall long term Health effects Poor quality life, depression, Mental anguish unHealthy diet overall Could Never Be approved By Registered Dietitian

5. I seek the following relief: Removed From director $1,500.00 a day For everyday of violation

6. I am suing Defendant in his/her ☒personal capacity *(money damages from Defendant personally)*, and/or ☒official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Shanon Taylor_____, who was acting as Director of MCCJC Jail
   (defendant)                                    (job title, if a person; function, if an entity)

for the Idaho, Cassia/Minidoka sheriff Dept Jail staff (Director)
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on Dec.2022- Dec.2023 Present, Defendant did
                                                        (dates)
the following (state how Defendant participated in the violation and include the reason Defendant so acted if known): Denied Me Kosher Food - I was served only 4 pre packaged Meals - Kosher certified - They have them, its Feesable, But Refuse to serve them Regularly - Food cooked in Non-Kosher Kitchen with other Food is Rendered Non-Kosher - All My Food is exposed to Non Kosher Since MCCJC Dose not serve pre package Kosher and only Has 1 Kitchen Where they cook Non Kosher in - Forced to eat Meat w/Milk - With Non Kosher utensils, Trays, He Awnsers All Apeals to grevinces I Have Filed over all on Food Issues, He Refuses to Fix or Hold accountable Violater - They Have or Have Had Certified Kosher and Have served me them now Refuse to.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: 1st Amendment and also RealuIPA Violations Both allowing to eat in Accord of Religious Beliefs

4. I allege that I suffered the following injury or damages as a result: Pureity to worship, Having cleansing to worship Religious Belife, stress Depression, Mental anguish, eternal dammation

5. I seek the following relief: Termination of Position as director, $1,500⁰⁰ Per day of violation Since its Continueing

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

PRISONER COMPLAINT - p. 2    K, C/A ⑤    *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Shannon Taylor___, who was acting as ___Lt./Jail director___
   (defendant)                                    (job title, if a person; function, if an entity)

for the ___Cassia County Sheriff dept    Burley ID.___
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on ___Dec-2022-to present___, Defendant did
   (dates)
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

Awnsers all Appeals, Deny Kosher meals when clearly they Have them - He denied
Having - Allows Summit Food to short meals, feed Same meal for almost 2
**Non Kosher-** yrs as a Kosher meal that is prepared in Same kitchen as non Kosher, Rendering it
Violate Sheriff standered in Idaho 14 day meal Rotation, 2 Hot meals a Day, deny posting
menu & nutrition facts so they can short food and serving sizes - I have been served
only 4 prepackage Kosher certified meals at MCCSC - Staff told me they had boxes of them
Taylor denys this and refused to serve - it might be staff shorting Because of
Retaliation - they actually are one who Hand me food - I have addressed all this in grevences
And Appeals - Having meals and serving 4 clearly passes turner test - Also State Held
and Have to meet that standerd of I.Doc - I was served Some ones as I.doc serve.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:

1st Amendmt and also RLUIPA Violations for Having Kosher and Refusing to exercise Allow me to
Religion, Shorting me food is not treating me equal? 14th? Same meal & Hot not equal Because
Religion? FDA fed statue to Post nutrition facts for Food - & Ingredience>

4. I allege that I suffered the following injury or damages as a result:

Health issues weight gain Causes, Spirital damage Same as Caselaw States
Why Kosher is given in all Jails and prisons - mental damage from
Retaliation -

5. I seek the following relief: For monitary value Professional damage asstmnt, Removed From position
Forced to obey laws & statue so others are not treated this way. Imeditntly
Fix Problem

6. I am suing Defendant in his/her ☒personal capacity *(money damages from Defendant personally)*, and/or
☒official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
☒ Yes  ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.

Deny Says Food is Kosher - Caselaw clearly Says its not and I can show How its
Clearly Violating My religous Belifes, and they Have alternitive thats cost effective

Not to Burdenson
                                                              (Rev. 10/24/2011)
Have probebly 25 or more grevnces & Appeals          R. 9A ⑥

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Jordan Willims___, who was acting as ___Staff Sgt.___
   (defendant)                                    (job title, if a person; function, if an entity)

for the ___Cassia County Sheriff dept   Burley Id.___
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on ___Dec. 2022 - to present___, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Has allowed Anti semetic actions - destroying Kosher certified
Food so not available, Allowed staff to short me, By
knowing which food is Mine as only Kosher, Hasit stopped
or Fixed any problems with food or Staff - it is His
Job  I Have Close to 40 greivences about shorting Food -
Non Kosher food - Staff actions - He awnsers all greivences
and admits to Having No training for His position.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
1st Amendmt, RluiPA, Retaliation, 18-241

4. I allege that I suffered the following injury or damages as a result:
Not Being able to excersise Religous Belief, stress, Mental anguish
Living in Fear,

5. I seek the following relief: Seek professenal damage assestmt
for Mandary Value - Removed from position

6. I am suing Defendant in his/her ☒personal capacity *(money damages from Defendant personally)*, and/or
☒official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ◉ Yes  ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
grievence / appeals

PRISONER COMPLAINT - p. 2_                          *(Rev. 10/24/2011)*

K 4/A(5)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing _Summit Foods_, who was acting as _Food Service_
   (defendant)                                (job title, if a person; function, if an entity)

for the _Minicassia criminal Justic center, Burley Idaho_.
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on _Nov 2-22 To Present_, Defendant did
                                                        (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
_I have Filed Multipal greivence for Kosher Issues Staff Claim to_
_Notify Summit Food! I Have Notice and contract that they will_
_accomidate all religious diets - I Have Not Recieved Kosher_
_Meals except 4 times while at MCCJC - I Have Been SHorted Food_
_- Fed The Same Meal everyday - only one warm meal per day - Refused_
_Nutrition Facts & Menu, I dont know if Summit Foods ever works_
_at MCCJC But all of My greivces Claim That All Issues with_
_food are Summit Foods fault so They Have to Be a party - MCCJC_
_Refuses to give Me Names or Contact Info to anyone in Summit_
_Foods except a South dakota Address that dosnot Respond!_

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
_1st Amendmt excersise Religion & Retaliation, Shorting Food,_
_Federal FDA & Statue to Provide Nutrition Facts & Menu for Allergys_
_Religion, Health & Diet - 14th amendt equadality_

4. I allege that I suffered the following injury or damages as a result:
_denied denied Religion Beliefs, spiritally Restricted, Weight Fluctuation_
_High Blood Pressure, colestrol, physical damage, Stress, mental anguish_
_Not Being treated equal as Same class of people -_

5. I seek the following relief: _Proffesional damage assesment for Monetary_
_Value - charge oS Fix problem - or Be Removed_

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
[X] Yes  [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
_grievence / appeal_

PRISONER COMPLAINT - p. 2_           K. 4A (8)        *(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Deputy Ruby _____, who was acting as Deputy @ MCCJC _____
   (defendant)                                    (job title, if a person; function, if an entity)

for the Cassia County Sheriff dept Burley Idaho _____
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on Dec-2022 - Summer of 2024, Defendant did
                                                        (dates)
the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Deputy Ruby would bring me my tray and would always
be missing something - I recived the same 3 meals everyday
it was easy to Idntify when missing tortillas - a fruit -
eggs - ect. I wrote several grevences - the Administration
Refuse to do anything to fix this - it mostly happened
With him and Jennings and Martinez - other officers would
Usally Replace anything missing - they would refuse - this
went on for over a yr - I was so frustrated and have so many
grevences and notes I quit turning them in. also deny kosher

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
Treated equal? 14th Amendt 1st Amndt, Retaliation, 8th Amnt?

4. I allege that I suffered the following injury or damages as a result:
Constant Harrasmnt, Weight Problems - Stress, anxiety, Mental
anguish - Lack of Nutrition - High Blood pressure, Obeasity
other Health Issues

5. I seek the following relief: Professional damage assessmnt, for Monetary
Value, never be able to work law enforcement again -

6. I am suing Defendant in his/her [X] personal capacity *(money damages from Defendant personally)*, and/or
[X] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
[X] Yes  [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
grevence & appeal - Many of them

PRISONER COMPLAINT - p. 2                          *(Rev. 10/24/2011)*

K. 9/a ⑨

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing deputy Martinez, who was acting as deputy @ MCCJC
   (defendant)                    (job title, if a person; function, if an entity)

for the Cassia County Sheriff dept Burley Idaho
        (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on Dec-2022 - Summer-2024, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
deputy Martinez would always Bring me my tray and would Be
Missing Something - I Recived the same 3 meals every day - It was easy
to Identify when Missing Items like - tortillas, fruit, eggs, ect. I wrote
Several greivences - the Administration Refuse to do anything to fix this
- it mostly Happened with Him, Ruby & Jennings - other officers would Replace
Missing items - deputy Martinez would refuse, this went on for
over a yr - I was so frustrated and Have so many greivences and notes
I quit turning them in because nothing got done - also denied Kosher meals

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws:
treated equal? 14th Amndmt, 1st Amndmt, 8th Amndmt?, Retaliaton

4. I allege that I suffered the following injury or damages as a result:
Constant Harrasmnt, weight Problems - Stress, anxiety, mental anguish
- Lack of proper nutrition, - High Blood Pressure, obeasity, other Health
issues

5. I seek the following relief: proffessional damage assessmnt for monetary
value, never Be able to work in law enforcemnt

6. I am suing Defendant in his/her ☒personal capacity *(money damages from Defendant personally)*, and/or
☒official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an
entity because of Defendant's acts, as allowed by law)*; or ☐ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
☒ Yes ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
jail or prison grievance remedies were not exhausted.
grievence & appeal - many of them

PRISONER COMPLAINT - p. 2

K. Ya ⑩

*(Rev. 10/24/2011)*

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Jordan Williams</u>, who was acting as <u>Staff Sgt.</u>
   (defendant)                                              (job title, if a person; function, if an entity)

for the <u>Cassia County Sheriff dept. Burley ID</u>
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on <u>Dec-2022 to Present</u>, Defendant did
   (dates)

the following (state how Defendant participated in the violation and include the reason Defendant so acted if known): <u>Awnsers all grevinces-denys Kosher Meals by claiming they do not Have any So serves Non Kosher Cooked in Same Kitchen as Non Kosher-Rendering it Non Kosher also-Retaliates by Serving Same Meal every day-Allows Staff to Short Meals- I Have Been Served 4 Prepackage Certified Kosher Meals- same as IDOC- Staff Sgt claims they do not Have them I Have Been told by Staff They Have Boxes of them- Also Refuses to Correct officers Shortin me Food-Will not take any action to Correct actions of Same Meals everyday for yrs, and only one Hot Meal Violates Sheriff Jail Standerd, Refuses to Post Menu & Nutrition fact so Inmates can Show Shortin portions and Items- Clearly retaliation For Being Jewish or Subpeona officers at Jail for Hearings-</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: <u>1st Amendmnt & RLUIPA, 14th equal protection, FDA & fed statue nulvition Facts and Ingredince</u>

4. I allege that I suffered the following injury or damages as a result: <u>Health Issues from Weight gain, Spiritual Reasons for damages not living in accordances with religion and practicing Beilifs, Mental damages from Retatiation,</u>

5. I seek the following relief: <u>Proffesional damage Assestmnt For Monetary Value Not able to be in law enforcemnt-action Corrected and Stopped Imedatly</u>

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law);* or ☒ Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes  ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison remedies were not exhausted.
<u>Over 25 Appeals and grevinces they refuse to correct any problems even when I clearly show case law and explaine situation</u>

PRISONER COMPLAINT - p. 2                                    *(Rev. 10/24/2011)*

K  C/A ⑪

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>DaKota Jennings</u>, who was acting as <u>Corperal Jail Staff</u>
(defendant)                                          (job title, if a person; function, if an entity)

for the <u>Cassia County Sheriff Dept. Burley Idaho</u>
(state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on <u>Spring of 2023</u>, Defendant did
(dates)

the following (state how Defendant participated in the violation and include the reason Defendant so acted if known):
<u>I asked deputy Lindsey why I was not able to get the pre Package Koster Certified Meals that He Had Brought them Befor- His Response was Cpl Jennings told Him to go into the Freezer and throw away all of the Kosher meals- They both know I was only Inmate on Kosher at McCSC - Freezer meals do not go bad- This was either Anti Senetic action, or Retalation for Subpeaning Jennings For Hearing where He took My legal work 6 Months Befor also Has Shorted me Meals-Refused to show me Menu or Nutrition Facts I Have clearly discribed How the food Fed to me is not Kosher- Served Sume meal every day- any are Hot - violating Jail Standard -</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
<u>1st Amendment, 14th Amendmt  18-241 Conspired - FdA $ Fed Statue Nutrition Facts, Ingreduce, Post menu</u>

4. I allege that I suffered the following injury or damages as a result:
<u>Health damages, Religoes Spiritualit damages, Mental Health from Retalaton lack of Correct Nutruts Required to be Healthy Has Caused tooth decay and other affects - Mental Ability decline</u>

5. I seek the following relief: <u>Professional damage Assestment For Monetary value - not able to work in law enforcemt - actions Stopped Imediatly</u>

6. I am suing Defendant in his/her ☒ personal capacity *(money damages from Defendant personally)*, and/or ☒ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒ Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☒ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
<u>Have over 25 grevinces and appeals</u>

*(Rev. 10/24/2011)*

K. C/A ⑫

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>deputy   Lindsey</u>, who was acting as <u>deputy jail staff</u>
   <u>(defendant)</u>                                                      <u>(job title, if a person; function, if an entity)</u>

for the <u>Cassia County Sheriff dept  Burley Idaho</u>
        <u>(state, county, city, federal government, or private entity performing a public function)</u>

2. *(Factual Basis of Claim)* I am complaining that on <u>dec 2022 to 2024</u>, Defendant did
   <u>(dates)</u>

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
<u>deputy Lindsey threw away all Kosher meals at MCCJC</u>
<u>By His own Admission - at the order of cpl Jennings</u>
<u>- clearly conspiring to deny me 1st Amndmt protected Rights to free</u>
<u>excercise of Religion Rights - Has stored food - clearly He could of</u>
<u>Stopped destroying Kosher meals so Has to of conspired to do so -</u>
<u>I Have pointed out Items missing on tray - I was served same meal everyday</u>
<u>He refused to fix small portions or missing Items - All officers</u>
<u>would fix Non Kosher shortages or missing Items - fail to show</u>
<u>menu or Nutrition facts or Ingredins when asked</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
<u>1st Amndmt 14th Amndmt - 18-241 - conspiracy - FdD § Fed Statute</u>
<u>to notify whats in food.</u>

4. I allege that I suffered the following injury or damages as a result:
<u>Mental and physical damages due to not Having Balance Meals and</u>
<u>Microw Nutrints Required - Spirital Reasons clearly Stated in Case</u>
<u>law. which give Right to excercise 1st Amndmt to Kosher meals</u>

5. I seek the following relief: <u>Professional damage assessmnt for Monetary Value</u>
<u>- Fix problems at MCCJC  Inediatly - Never work in law enforcemnt</u>

6. I am suing Defendant in his/her ☒personal capacity *(money damages from Defendant personally)*, and/or
   ☒official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☒Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☒ Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
   jail or prison grievance remedies were not exhausted.
   <u>grievances § Appeals</u>

PRISONER COMPLAINT - p. 2     *(Rev. 10/24/2011)*

K c/n ⑬

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Summit Foods___, who was acting as ___Food Service Provider___
   *(defendant)*            *(job title, if a person; function, if an entity)*

for the ___Mini-Cassia Criminal Justice Center___
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on ___Nov-2-22 - to present___, Defendant did
          *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
___Fail to post Menu and Nutrition Facts per FDA___
___and Federal Statue - For Health and Diet, Allergys,___
___Religious, Special diets,___

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
___Federal Statue, FDA laws, 1st Amndmt Religious Right___
___to know and decide what I put in my Body___

4. I allege that I suffered the following injury or damages as a result:
___Have Been forced to defile My Body and not eat___
___in accord with Religious Beslife or to Maintain___
___a Healthy Balanced diet - obeasity - drastic weight___
___loss - High Blood pressure___

5. I seek the following relief: ___Proffssial damage assestmnt for Monatory___
___Value - Held to Contract -___

6. I am suing Defendant in his/her [X] **personal capacity** *(money damages from Defendant personally)*, and/or
   [X] **official capacity** *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [ ] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   [X] Yes [ ] No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted.
   ___38 grevinces 3 appeals___

PRISONER COMPLAINT - p. 2__

*(Rev. 10/24/2011)*

K. 4/A (14)

## D.  PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
| Federal | CV.222 N.D texas | Morrison V. Wilson | dismissed | ? |
| | | | | |

## E.  REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☒ do not ◯ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney:

I am dealing with law enforcement who is Holding Me and Refuse to produce Records and evidence - 2 Judges - Brody and Dolan Already ruled They Intentially Violated My 6th Amendment Rights when they took legal work, at the Jail. This SHows Recless disregaued For law - I need Facts Investigated and dont Fully understand Civil Process

## F.  DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 9-22-24 *(date)*; OR *(specify other method)* _____.

Executed at MccSC Burley Id on 9-22-24.
      *(Location)*        *(Date)*

*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*